NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE CLAIRE RODRIGUEZ-LAFRASSE, ELIE HADCHITY,**

---

2014-1545

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 12/528,118.

---

**JUDGMENT**

---

MARINA T. LARSON, Larson and Anderson, LLC, Dillon, CO, argued for appellants.

JAMIE LYNNE SIMPSON, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee. Also represented by NATHAN K. KELLEY, JEREMIAH HELM.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and BRYSON, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  |  |
|---|---|
| February 6, 2015 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
|  | Clerk of Court |